Scott S. Shepardson, State Bar No. 197446
sshepardson@ongaropc.com
ONGARO PC
50 California Street, Suite 3325
San Francisco, CA 94108
Telephone: (415) 433-3900
Fax: (415) 433-3950

Lisa Schwartz Tudzin, State Bar No. 132173
ltudzin@ongaropc.com
ONGARO PC
333 S. Hope Street, 40th Floor
Los Angeles, CA 90071
Telephone: (415) 433-3900
Fax: (415) 433-3950

Attorneys for Defendant
FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TOM QUILALA,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC; SWIFT CHRYSLER JEEP DODGE RAM & KIA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-04274-SVW-MAA<br><br>**REQUEST OF LEAD TRIAL COUNSEL FOR DEFENDANT FCA US LLC TO BE EXCUSED FROM APPEARING AT INITIAL STATUS CONFERENCE**<br><br>**Date:** June 24, 2019<br>**Time:** 3:00 p.m.<br>**Judge:** Hon. Stephen V. Wilson |

Defendant FCA US LLC ("FCA US") has read this Court's Order Setting Initial Status Conference on June 24, 2019 at 3:00 p.m., including the Court's instruction that "attorneys attending this conference MUST be those who are in charge of the conduct of the trial. Attendance is mandatory."

Counsel for Defendant FCA US who is in charge of the conduct of this trial is Mr. Scott Shepardson. Mr. Shepardson is scheduled to begin trial on June 24,

---

REQUEST OF LEAD TRIAL COUNSEL FOR DEFENDANT FCA US LLC TO BE EXCUSED FROM APPEARING AT INITIAL STATUS CONFERENCE

1  2019 at 8:30 a.m. in Placer County Superior Court in the matter of *Steven Williams,*
2  *et al. v. FCA US LLC, et al.*, Case No. S-CV-0039504.  Therefore, FCA US
3  respectfully requests that the Court excuse Mr. Shepardson from appearing at the
4  Initial Status Conference.  FCA US will be represented by competent counsel fully
5  familiar with the matter sufficient to participate in the Conference.

Dated: June 11, 2019                                **ONGARO PC**

By: /s/ Scott S. Shepardson
    Scott S. Shepardson
    Lisa Schwartz Tudzin
    Sharon L. Stewart
    Attorneys for Defendant
    FCA US LLC

**REQUEST OF LEAD TRIAL COUNSEL FOR DEFENDANT FCA US LLC TO BE EXCUSED FROM APPEARING AT INITIAL STATUS CONFERENCE**