|   |   |
|---|---|
| 1 | Scott S. Shepardson, State Bar No. 197446 |
|   | sshepardson@ongaropc.com |
| 2 | **ONGARO PC** |
|   | 50 California Street, Suite 3325 |
| 3 | San Francisco, CA 94108 |
|   | Telephone: (415) 433-3900 |
| 4 | Fax: (415) 433-3950 |
| 5 | Lisa Schwartz Tudzin, State Bar No. 132173 |
|   | ltudzin@ongaropc.com |
| 6 | **ONGARO PC** |
|   | 333 S. Hope Street, 40th Floor |
| 7 | Los Angeles, CA 90071 |
|   | Telephone: (415) 433-3900 |
| 8 | Fax: (415) 433-3950 |
| 9 | Attorneys for Defendant |
|   | FCA US LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE TOM QUILALA,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC; SWIFT CHRYSLER JEEP DODGE RAM & KIA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-04274-SVW-MAA<br><br>*Assigned for All Purposes to Honorable* **Stephen V. Wilson**<br><br>**DEFENDANT FCA US LLC'S NOTICE OF LODGING PROPOSED ORDER**<br><br>**Date:** June 24, 2019<br>**Time:** 3:00 p.m.<br>**Judge:** Hon. Stephen V. Wilson |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Central District Local Rule 52-4, Defendant FCA US LLC hereby lodges with the courtroom clerk the proposed order for the above matter, attached hereto as Exhibit A.

---

**DEFENDANT FCA US LLC'S NOTICE OF LODGING PROPOSED ORDER**

| | |
|---|---|
| Dated: June 17, 2019 | ONGARO PC |
| | By: /s/*Scott S. Shepardson* |
| |     Scott S. Shepardson |
| |     Lisa Schwartz Tudzin |
| |     Attorneys for Defendant |
| |     FCA US LLC |

- 2 -

**DEFENDANT FCA US LLC'S NOTICE OF LODGING PROPOSED ORDER**